# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUN 1 1 2015
David J. Bradley, Clerk

United States of America
v.

SOLORZANO, JESSE Joseph
YOB: 1989
POB: Chicago, Illinois USC

Defendant(s)

Case No. M-15-0937-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/11/2015__ in the county of __Hidalgo__ in the SOUTHERN District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 230.81 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On June 11, 2015, at approximately 6:45 a.m., United States Border Patrol Agent Harrison Harding was monitoring the levee area south of Krenmueller Farms in Donna, Texas, when he observed a maroon Ford F-150 traveling south on Krenmueller Road towards the levee at a high rate of speed. The vehicle stopped on top of the levee for a moment and then drove over the levee to the south side. The Ford F-150 remained south of the levee for approximately one to two minutes and then emerged and proceeded northbound on Krenmueller Road at a high rate of speed. BPA Harding notified BPA Javier Zavala of his observations, who then notified mobile units in the area.   (Continued on Attachment I)

☑ Continued on the attached sheet.

Complainant's signature

Aida Gonzalez, DEA Special Agent
Printed name and title

Approved
Joseph Leonard

Sworn to before me and signed in my presence.

Date: __June 11, 2015  3:32 pm__

Judge's signature

City and state: McAllen, Texas

PETER E. ORMSBY, Magistrate Judge
Printed name and title

Attachment I

BPA Anthony Perez was driving westbound on Military Highway 281 and observed the Ford F-150 traveling westbound on Highway 281. BPA Perez followed the Ford F-150 at a safe distance. BPA Perez observed the Ford F-150 turn northbound on Stewart Road and then pulled over to the shoulder on his own. BPA Abiel Moreno and BPA Joshua Tursi approached the Ford F-150 and observed eight (8) bundles of suspected marijuana in the bed of the truck in plain view. The driver of the Ford F-150, who was later identified as Jesse Joseph Solorzano, stepped out of the vehicle and BPA Abiel Moreno took him into custody. SOLORZANO and the eight bundles of marijuana were transported to the Weslaco Border Patrol Station for further processing.

On the same date, SAs Aida Gonzalez and Lynette Delgado responded to the Weslaco Border Patrol Station to interview SOLORZANO. At approximately 9:40 a.m., SA Gonzalez, as witnessed by SA Delgado, read SOLORZANO his Miranda Warnings. SOLORZANO acknowledged his rights and agreed to answer the agents' questions.

SOLORZANO stated that for the last three weeks two (2) male subjects, whom SOLORZANO identified only by their first names, had been offering him the job to transport marijuana from the river area to an undetermined U.S. location. SOLORZANO stated he was offered $2,000.00 U.S. dollars to transport the narcotics and was told that he would get paid after he delivered the marijuana to a stash location. SOLORZANO stated that he accepted the job offer yesterday (June 10, 2015) because he was laid off from his last job and needed money to pay some bills that were due. SOLORZANO stated that he drove to the (Rio Grande) river area where several male subjects, carrying bundles of marijuana, loaded the bundles of marijuana in SOLORZANO's truck. SOLORZANO stated that as he was driving north, away from the river area, he encountered the Border Patrol units and was later apprehended.